# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-447

———————————————

B. M. M.,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

July 19, 2018

Per Curiam.

Affirmed.

Wetherell, Bilbrey, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.